Michael D. Kinkley
Michael D. Kinkley P.S.
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINTON WILLIAMS, and all others similarly situated, | Case No.: CV-05-099-LRS |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE |
| JBC LEGAL GROUP, P.C., a California Professional Corporation, JBC & Associates, P.C., Jack Hagop Boyajian | |
| Defendants. | |

This matter, having come before the Court this 1st day of September, 2006, upon Plaintiff's and Defendants' Joint Motion for Dismissal with Prejudice was decided without oral argument.

It is hereby ORDERED that the court dismiss this matter with prejudice with each party to bear their own costs and attorneys' fees.

ORDER GRANTING JOINT MOTION
FOR DISMISSAL WITH PREJUDICE
- 1-

Michael D. Kinkley P.S.
4407 N. Division, Suite 914.
Spokane, WA 99207
(509) 484-5611

DATED this 5th day of September, 2006.

                                      s/Lonny R. Suko
                                      _____
                                      Hon. Judge Lonny Suko
                                      United States District Judge

## CM/ECF

I hereby certify that on the 1st day of September 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@comcast.net, mkinkley@comcast.net, pleadings@qwest.net |
| June D. Coleman | JColeman@mpbf.com |
| Mark K. Ellis | mellis@mpbf.com |

                           ***Michael D. Kinkley P.S.***

                         s/Michael D. Kinkley
                            Michael D. Kinkley
                            WSBA # 11624
                            Attorney for Plaintiff
                            4407 N. Division, Suite 914
                            Spokane, WA 99207
                            (509) 484-5611
                            Fax: (509) 484-5972
                            mkinkley@qwest.net